# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2037
LT Case No. 2013-CF-957

_____

JOSEPH LUIS LEVIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Nassau County.
James H. Daniel, Judge.

Joseph Luis Levin, Monticello, pro se.

No Appearance for Appellee.

December 5, 2023

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and PRATT, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————